UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
NAKIA BOND, JULIO RODRIGUEZ,
WILLIAM TORRES

                    Plaintiffs,
on behalf of themselves and other similarly situated,

    -against-

WELPAK CORPORATION,
THOMAS RYAN, officially and individually,
CHRISTOPHER FOX, officially and individually,

                    Defendants.
---------------------------------x

**ORDER OF DISMISSAL**
15-CV-2403

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 04 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN**, Senior United States District Judge:

Upon consent of the parties, all claims brought by plaintiff Gordon Ison are dismissed with prejudice.

Upon consent of the parties, all claims brought against defendant Christopher Fox are dismissed with prejudice.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: April 4, 2017
Brooklyn, New York